MORRIS S. ALEXANDER, APPELLANT, v. SIMON MILLER ET AL., RESPONDENTS.

Argued October 2, 1929—Decided May 6, 1930.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the appellant, *Harry Levin.*

For the respondents, *Milton M. Unger.*

PER CURIAM.

Appellant sued to recover the sum of $875 for brokerage commissions for the sale of premises 522-524-526 South Orange avenue, Newark. There was no brokerage agreement in writing but the plaintiff-appellant relies upon section 10 of the statute of frauds (1 *Comp. Stat., p.* 1453) as a basis for his right to recover. A judgment of nonsuit was directed in favor of the defendant Simon Miller, and at the close of the entire case a verdict was directed in favor of the remaining defendant, Pauline Miller, and a judgment against the plaintiff below entered thereon.

For reversal of such judgments various grounds are urged.

1. Error in rulings excluding evidence.

We find no error in such action.

2. and 3. Error in nonsuiting as to Simon Miller and directing a verdict in favor of Pauline Miller.

We are unable, from the proofs, to find any merit in either of these grounds.

The judgments under review will be affirmed, with costs.